UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY FLORES-GARCIA (4),<br><br>Defendant. | Case No. 08CR0988-BTM<br><br>**Order and Judgment of Dismissal** |

Upon application of the United States, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Indictment against the above-named defendant is dismissed without prejudice and the arrest warrant is recalled.

**SO ORDERED.**

DATED: February 20, 2014.

_____

HONORABLE BARRY TED MOSKOWITZ
CHIEF UNITED STATES DISTRICT JUDGE